■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABEL SAAVEDRA, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed August 26, 1987.

Ordered that the sentence is affirmed, and the case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Eiber, Kooper and Spatt, JJ., concur.